# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00184-CR
## NO. 03-11-00185-CR

**Donald Coor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NOS. D-1-DC-10-300559 & D-1-DC-10-301264
### HONORABLE KAREN SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In appellate cause number 03-11-00184-CR, appellant Donald Coor was convicted of the offense of failure to comply with sex offender registration requirements. In appellate cause number 03-11-00185-CR, Coor was placed on deferred adjudication for the offense of injury to an elderly individual. In each cause, Coor has filed a pro se notice of appeal. However, in each cause, the district court has certified that this is a plea-bargain case and that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeals.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed

Filed: August 26, 2011

Do Not Publish